## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAYMOND RICHARDSON<br>Admin Est Joseph H. Bak, | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:08CV1856 (MRK) |
| CITY OF HARTFORD, GINA LIAPPES,<br>RICARDO. MARTINEZ,<br>DARYL K. ROBERTS,<br>JOHN A. DANAHER, III,<br>ALEXANDER ESTRELLA,<br>STEVEN ORLOWSKI,<br>CHICK BISTANY, | : | |
| Defendants. | : | |

### **JUDGMENT**

This matter came on for trial before a jury and the Honorable Mark R. Kravitz, United States District Judge. On December 30, 2009, an Order entered dismissing all claims as to the City of Hartford, Gina Liappes, Ricardo Martinez, Daryl K. Roberts, John A. Danaher, III and Alexander Estrella. On January 21, 2011, the jury returned a verdict for Steven Orlowski and Chick Bistany.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants Steven Orlowski and Chick Bistany and the case is closed.

Dated at New Haven, Connecticut this 24th day of January, 2011.

                                                                                 ROBERTA D. TABORA, Clerk
                                                                                 By

                                                                                 /s/ Kenneth R. Ghilardi
                                                                                 Kenneth R. Ghilardi
                                                                                 Deputy Clerk

EOD : _____