UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAYMOND RICHARDSON as Administrator of the Estate of JOSEPH H. BAK, *plaintiff*, | : NO. 3:08CV-1856 (MRK) : : : : |
| V. | : : |
| STEVEN ORLOWSKI, and CHICK BISTANY, *defendants*. | : : : JANUARY 25, 2011 |

## MOTION FOR COSTS AFTER JUDGMENT

Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure for the District of Connecticut, the defendants, Chick Bistany and Steven Orlowski, prevailing parties in the above-captioned litigation, respectfully requests that:

a. Judgment in this matter having been entered on January 24, 2011, the court assess costs in this action consistent with the Verified Bill of Costs attached to and hereby made part of this motion; and

b. The $500.00 bond posted by the plaintiff as security for costs in this action pursuant to Rule 83.3(a) of the Local Rules of Civil Procedure for the District of Connecticut be forfeited and paid over to the defendants by the Clerk as partial satisfaction of the above.

DEFENDANTS
Chick Bistany and Steven Orlowski

GEORGE JEPSEN
ATTORNEY GENERAL


By: _____/s/_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut  06105
Federal bar #ct05129
Tel.: (860) 808-5450
Fax: (860 808-5591
E-mail: stephen.sarnoski@ct.gov


## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2011, a copy of foregoing notice was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_____/s/_____
Stephen Sarnoski
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05129
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: stephen.sarnoski@ct.gov

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAYMOND RICHARDSON as Administrator of the Estate of JOSEPH H. BAK,<br>    *plaintiff,*<br><br>V.<br><br>STEVEN ORLOWSKI, and CHICK BISTANY,<br>    *defendants.* | NO. 3:08CV-1856 (MRK)<br><br><br><br><br><br><br><br><br><br>JANUARY 25, 2011 |

### AFFIDAVIT FOR VERIFIED BILL OF COSTS

I, Stephen R. Sarnoski being of sound mind and legal age, and having been duly sworn, do hereby depose and say:

1. For the purposes of identification, my full name is Stephen Richard Sarnoski  I am an Assistant Attorney General employed by the Office of the Attorney General for the State of Connecticut.  I have been so employed for about twenty-one years.

2. I hereby certify that the expenses of litigation reflected in the Bill of Costs attached to this affidavit at Tab A were necessarily incurred in the defense of this matter, not merely for the convenience of counsel, and that they accurately and completely reflect the claimed time and resources spent by the Office of the Attorney General on behalf of the defendant in the preparation and trial of this case.

3. I further certify that the invoices and billing statements attached to this affidavit at Tab B are copies of the original documents supporting the expenses of litigation for which recovery is sought as reflected in the Bill of Costs.

I have read the foregoing affidavit consisting of two pages. It is true and accurate to the best of my knowledge.

_____
Affiant

Subscribed and sworn to before me this 25th day of January, 2011.

_____
Notary Public

My commission expires: 5/31/14

2

# TAB A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAYMOND RICHARDSON as Administrator of the Estate of JOSEPH H. BAK,<br>　　　*plaintiff,* | : <br> : <br> : <br> : <br> : | NO. 3:08CV-1856 (MRK) |
| V. | : <br> : | |
| STEVEN ORLOWSKI, and CHICK BISTANY,<br>　　　*defendants.* | : <br> : <br> : | JANUARY 25, 2011 |

## BILL OF COSTS

1. Fees of the Clerk & Marshal

    a. Fees for service of deposition subpoenas　　$　　0

    b. Fees for trial subpoenas

    　　(1) Nelson Blanco　　$　44.20

    　　(2) Officer Ricardo Martinez　　$　43.20

    　　(3) Detective Alexander Estrella　　$　35.20

    　　(4) Sergeant Gena Liappes　　$　35.20

2. Fees of the Court Reporter

    a. Deposition transcript of Nelson Blanco　　$ 206.70

    b. Deposition transcript of Yelitza Mulero　　$ 265.61

    c. Deposition transcript of Gena Liappes　　$ 194.50

    d. Deposition transcript of Alexander Estrella　　$ 151.71

    f. Deposition transcript of Ricardo Martinez　　$ 257.83

3. Fees for Exemplification and Copies of Papers
   Necessarily Obtained for Use in the Case　　$　　0

4. Fees for Witnesses
   a. Dr. William Lewinski, (Expert witness from the Force Science Institute, University of Minnesota at Mankato

|  |  |
|---|---|
| (1) Witness fee | $ 40.00 |
| (2) Travel | $ 1085.40 |
| (3) Lodging (one night) | $ 103.04 |
| (4) Meals | $ 114.00 |

5. Maps, Charts, Models, Photographs, Summaries, Computations and Statistical Summaries     $ 0

================

**TOTAL:**     **$ 2576.58**

2

# TAB B

**INVOICE # 1074**

TO:  ATTORNEY GENERAL'S OFFICE                                    DECEMBER 31, 2010

FROM:  STATE MARSHAL ALBENIE GAGNON
         16 Maxwell Drive, Rocky Hill, CT  06067
         SS# 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
RE:  BILL FOR SERVICE RENDERED - SERVICE OF SUBPOENA(S)

IN RE:     **Raymond Richardson, Admin. Of the Estate of Joseph Bak**
             **VS   Steven Orlowski, et al**

COURT:  SUPERIOR COURT FOR JUVENILE MATTERS IN NEW HAVEN


SUBPOENA SERVED ON OFFICER ROBERT MARTINEZ, HARTFORD POLICE DEPT.at 55 Jennings Road in Hartford on December 30, 2010.
                                                **$ 43.20**

SUBPOENA SERVED ON DETECTIVE ALEXANDER ESTRELLA, HARTFORD POLICE DEPT.at 55 Jennings Road in Hartford on December 30, 2010.
                                                  **$ 35.20**

SUBPOENA SERVED ON SERGEANT GINA LIAPPES, HARTFORD POLICE DEPT.at 55 Jennings Road in Hartford on December 30, 2010.
                                                  **$ 35.20**

SUBPOENA SERVED ON  NELSON BLANCO at 174 Stockings Brook Road in Kensington on December 31, 2010.
                                                  **$ 44.20**


                                     **TOTAL**        **$157.80**

                                                                         REVIEWED AND APPROVED

                                          ALBENIE GAGNON
                                          STATE MARSHAL
                                          HARTFORD COUNTY

APPROVED FOR PAYMENT:

ASSISTANT ATTORNEY GENERAL         DATE: 1/3/2011
STEPHEN R. SARNOSKI
110 SHERMAN STREET
HARTFORD, CT

(D.P.S.)

# INVOICE

Niziankiewicz & Miller Reporting Services, LLC
972 Tolland Street
East Hartford, CT 06108-1533
Phone:860-291-9191   Fax:860-528-1972

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15747 | 7/22/2009 | 25367 |
| Job Date | Case No. | |
| 7/17/2009 | | |

| Case Name |
|---|
| Richardson vs. Orlowski |

| Payment Terms |
|---|
| Due upon receipt |

Steven R. Sarnoski, Esquire
Assistant Attorney General
McKenzie Hall
110 Sherman Street
Hartford, CT 06105

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Nelson Blanco                                                                 189.00
      Postage                                                    6.00            6.00
      SALES TAX                                                                  11.70

                                                   TOTAL DUE >>>               $206.70

Court Reporter:  McGilton

THANK YOU!!!
WE APPRECIATE YOUR BUSINESS!!!

After 30 days a Finance Charge with a periodic rate of 1.5% on the overdue balance will be charged.
(ANNUAL PERCENTAGE RATE = 18.00%)

*OK TO PAY* [handwritten signature] 7/23/09

Tax ID: 06-1113444                                              Phone: 860-808-5315   Fax:

*Please detach bottom portion and return with payment.*

---

Steven R. Sarnoski, Esquire
Assistant Attorney General
McKenzie Hall
110 Sherman Street
Hartford, CT 06105

Invoice No.   :  15747
Invoice Date  :  7/22/2009
**Total Due**   :  **$ 206.70**

Remit To: **Niziankiewicz & Miller Reporting Services, LLC**
**972 Tolland Street**
**East Hartford, CT 06108-1533**

Job No.    :  25367
BU ID      :  1-MAIN
Case No.   :
Case Name  :  Richardson vs. Orlowski

## Brandon Smith Reporting Service, LLC                    Invoice

Thank you for your Business!!!
44 Capitol Avenue
Suite 203
Hartford, CT  06106
Phone: (860) 549-1850        Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, December 14, 2009 | 50881BL |



Stephen Sarnoski
Attorney General
110 Sherman Street
Hartford, CT 06141-0120

Phone:     (860) 808-5450     Fax:    (860) 808-5591

| | |
|---|---|
| **Witness:** | Mulero, Yelitza |
| **Case:** | Richardson vs. Orlowski |
| **Venue:** | |
| **Case #:** | 3:08CV1856(DJS) |
| **Date:** | 11/24/2009 |
| **Start Time:** | 10:00 AM |
| **End Time:** | :0 |
| **Reporter:** | Bethany Carrier |
| **Claim #:** | |
| **File #:** | 8398RR |

| Description | Quan | Total |
|---|---|---|
| Appearance | 1 | $75.00 |
| Original and Two | 49 | $190.61 |
| Sub Total | | $265.61 |
| Payments | | $0.00 |
| Balance Due | | $265.61 |

OK TO PAY
SAR 12/16/09

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT  06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Wednesday, November 04, 2009 | 50037BL |

Stephen Sarnoski
Attorney General
110 Sherman Street
Hartford, CT 06141-0120

Phone:   (860) 808-5450     Fax:   (860) 808-5591

| | |
|---|---|
| **Witness:** | Liappes, Gena |
| **Case:** | Richardson vs. Orlowski |
| **Venue:** | |
| **Case #:** | 3:08CV1856(DJS) |
| **Date:** | 10/19/2009 |
| **Start Time:** | 10:58 AM |
| **End Time:** | 11:49 AM |
| **Reporter:** | Gretchen Sisk |
| **Claim #:** | |
| **File #:** | 7296RR |

| Description | Quan | Total |
|---|---|---|
| Original and One | 50 | $194.50 |
| Sub Total | | $194.50 |
| Payments | | $0.00 |
| Balance Due | | $194.50 |

OK TO PAY
SBR 11/6/09

RECEIVED NOV 0 6 2009

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

# Brandon Smith Reporting Service, LLC

# Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Wednesday, November 04, 2009 | 50033BL |

Stephen Sarnoski
Attorney General
110 Sherman Street
Hartford, CT 06141-0120

Phone:  (860) 808-5450    Fax:  (860) 808-5591

| | |
|---|---|
| **Witness:** | Estrella, Alex |
| **Case:** | Richardson vs. Orlowski |
| **Venue:** | |
| **Case #:** | 3:08CV1856(DJS) |
| **Date:** | 10/19/2009 |
| **Start Time:** | 12:10 PM |
| **End Time:** | 12:39 PM |
| **Reporter:** | Gretchen Sisk |
| **Claim #:** | |
| **File #:** | 7294RR |

| Description | Quan | Total |
|---|---|---|
| Original and one | 39 | $151.71 |
| Sub Total | | $151.71 |
| Payments | | $0.00 |
| Balance Due | | $151.71 |

*OK TO PAY*
*SAR 11/16/09*

RECEIVED NOV 0 6 2009

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

# Brandon Smith Reporting Service, LLC

## Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Wednesday, November 04, 2009 | 50029BL |

Stephen Sarnoski
Attorney General
110 Sherman Street
Hartford, CT 06141-0120

Phone:   (860) 808-5450    Fax:   (860) 808-5591

| | |
|---|---|
| Witness: | Martinez, Ricardo |
| Case: | Richardson vs. Orlowski |
| Venue: | |
| Case #: | 3:08CV1856(DJS) |
| Date: | 10/19/2009 |
| Start Time: | 9:57 AM |
| End Time: | 10:49 AM |
| Reporter: | Gretchen Sisk |
| Claim #: | |
| File #: | 7269RR |

| Description | Quan | Total |
|---|---|---|
| Appearance | 1 | $75.00 |
| Original and One | 47 | $182.83 |
| | Sub Total | $257.83 |
| | Payments | $0.00 |
| | Balance Due | $257.83 |

OK TO PAY
SAR 10/16/09

RECEIVED NOV 0 6 2009

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express!*

**PHOTO REQUEST**
ME-121P REV 05/02

State of Connecticut
OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Road, Farmington, CT 06032-1939  Tel. 860-679-3980

| INVOICE NO. | NAME OF DECEASED | | | | INVOICE DATE | DATE RECORDS SENT |
|---|---|---|---|---|---|---|
| 090053 | Joseph Bak | | | | 10-01-09 | |
| | | For Office Use Only | STD. REV. 3411 | FU 0 | AG 4090 | TOTAL REMIT  transfer | DATE REC'D |

We wish to inform you that:

☒ copies of the records you have requested are available and will be forwarded to you upon payment of fees shown below (indicate the records for which you are enclosing payment and whether you require them to be certified).

☐ authorization from next of kin or from administrator of estate must be forwarded along with payment.

☐

TO:   AAG Stephen Sarnoski
      Office of the Attorney General
      110 Sherman St.
      Hartford, CT 06106-2294

### FEES FOR COPIES OF RECORDS

| CASE # | Quantity | RECORD | Cost | Fee |
|---|---|---|---|---|
| | | Photographs | $12.50 each | $0.00 |
| | | Photographs | | $0.00 |
| | | Photographs | | $0.00 |
| | | | | |
| 08-3043 | 1 | CD-Rom | $50.00 | $50.00 |
| | | | | |
| | | | | |
| Subtotal | | | | 50.00 |
| CT Sales Tax (Tax ID#06-6000798) | | | | 0.00 |
| Shipping | | | | $3.00 |
| TOTAL DUE (subtotal + tax) | | | | $53.00 |

**Make check payable to: "Treasurer, State of Connecticut"**

**COPY - keep for your records**

# Force Science Institute, Ltd.

124 E Walnut St, Suite 120
Mankato, MN 56001

# Invoice

| Invoice Date: | Invoice #: |
|---|---|
| 1/25/11 | 433 |

**Bill To:**

Stephen Samoski
Office of the Attorney General
State of Connecticut
MacKenzie Hall, 110 Sherman St.
Hartford, CT 06105-2294

| Terms | Case | FSI No. |
|---|---|---|
| Due on receipt | | 09-021-07 |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Estate of Joseph Bak v Steven Orlowski, et al | | | |
| Case Work / Review Materials | 7.75 | 475.00 | 3,681.25 |
| Consultation | 3.25 | 475.00 | 1,543.75 |
| Testimony | | 3,500.00 | 3,500.00 |
| Mileage to & from airport 168 miles roundtrip (.51/mile) | | 85.68 | 85.68 |
| Full day travel | | 2,800.00 | 2,800.00 |
| Airfare | | 1,085.40 | 1,085.40 |
| Hotel | | 103.04 | 103.04 |
| Meals | | 114.00 | 114.00 |
| Parking - Mpls airport | | 36.00 | 36.00 |
| 1/2 Day Travel | | 1,900.00 | 1,900.00 |

The Federal Tax Number is 75-3088179. Thank you for your business & prompt payment.

| | |
|---|---|
| **Total** | $14,849.12 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $14,849.12 |

```
EMERALD TRAVEL MANAGEMENT              DATE 19JANUARY11
500 SOUTH BROAD STREET                 BOOKING REF 2LGZEA
MANKATO MN 56001                       AGENT 42/42
UNITED STATES OF A
TELEPHONE: 507 345-8797                LEWINSKI/WILLIAM JOSEPH DR

   FORCE SCIENCE
   124 EAST WALNUT ST
   SUITE 120
   MANKATO MN 56001

ACCOUNT NUMBER 5073871290


DELTA AIR LINES         19JAN MINNEAPOLIS MN HARTFORD CT      1005A   153P
DL 5821              WEDNESDAY ST PAUL INTL    BRADLEY INTL
H ECONOMY                      AIRCRAFT:       EMBRAER 175
                               SEAT 07B CONFIRMED
                               FLIGHT OPERATED BY COMPASS DBA DELTA CONN

DELTA AIR LINES         21JAN HARTFORD CT      MINNEAPOLIS MN 623P    830P
DL 5650                FRIDAY BRADLEY INTL     ST PAUL INTL
H ECONOMY                      AIRCRAFT:       EMBRAER 175
                               SEAT 16B CONFIRMED
                               FLIGHT OPERATED BY COMPASS DBA DELTA CONN

---------------------------------------------------------------
       AIR FARE 803.72      TAX  81.68    AIR TOTAL USD        885.40
                                          TRANSACTION FEE       30.00
                                          CHANGE FEE AMOUNT USD 170.00
                                          INVOICE TOTAL USD   1085.40
---------------------------------------------------------------
RESERVATION NUMBER(S)   DL/HG3EQE
ETKT:DL 006 7869781112
DL  FREQUENT FLYER DL2029897721
         A PHOTO ID IS REQUIRED FOR ALL TRAVELERS 18 AND OVER
            NEW LAWS NOW REQUIRE ALL PEOPLE TRAVELING TO HAVE
         A PASSPORT WHEN TRAVELING TO OR FROM CANADA, MEXICO,
         CENTRAL OR SOUTH AMERICA THE CARIBBEAN AND BERMUDA
                   FOR TRAVEL ADVISORY INFO CONSULT
              HTTP://TRAVEL.STATE.GOV/TRAVELWARNINGS.HTML
```

# OMNI HOTELS & RESORTS
## yale | new haven

155 Temple Street
New Haven, CT 06510
Phone: 203-772-6664 • Fax: 203-974-6777
Reservations: 800-843-6664

LEWINSKI, WILLIAM

124 E. WALNUT ST., SUITE 120
MANKATO, MN 56001

Room Number: 1811
Daily Rate: 92.00
Room Type: KNPRSU
No. of Guests: 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 1/19/11 | 1/20/11 | XXXXXXXXXXXX6781 | GOVT | GOVT | 14600738142 |

| DATE | ROOM NO | DESCRIPTION | REFERENCE | | AMOUNT |
|------|---------|-------------|-----------|--|--------|
| 1/19/11 | 1811 | THE BAR AT JOHN DAVENPORT'S | 1811/1299/17:02/THE BAR AT JOHN DAVENPOR | | $22.26 |
| 1/19/11 | 1811 | WIFI INTERNET ACCESS | 1811/1/17:46/WIFI INTERNET ACCESS | | $9.95 |
| 1/19/11 | 1811 | JOHN DAVENPORT'S RESTAURANT | 1811/685/21:49/JOHN DAVENPORT'S RESTAURA | | $36.04 |
| 1/19/11 | 1811 | ROOM CHARGE | #1811 LEWINSKI, WILLIAM | | $92.00 |
| 1/19/11 | 1811 | ROOM TAX | ROOM TAX | | $11.04 |
| 1/20/11 | 1811 | CLASSIC VISA CARD | CLASSIC VISA CARD | | ($171.29) |

Hotel
103.04

Meals
$58.30

TOTAL DUE: $0.00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

TRANSACTION RECORD

# Pappageorge
### RESTAURANT & BAR

CARD TYPE: VISA EFT
Nu. ************6781 EXPI.: ****
ENTRY: SWIPED
Customer : WILLIAM J. LEWINSKI
AUTHORIZATION: 01522C
STORE #: 1001
TERMINAL: 1
REFERENCE: 160393

PURCHASE      $30.26

TIP           6.00

TOTAL         36.26

THANK YOU
JANUARY 21, 2011 12:13:22
Server's name : DANA
Validated by : LAYLA

CUSTOMER COPY

OMNI NEW HAVEN
NEW HAVEN, CT
GUEST ROOM DINING

210 MINDY

TBL 1811/1     CHK 3917   GST 1
       JAN20'11  5:50AM

1 7:30-7:45              0.00
1 AMERICAN BRKFST       13.00

   FOOD SALES           13.00
   DELIVERY CHARGE       3.00
   18% R/S SVC CHRG      2.34
   TAX                   1.10
   TOTAL              $19.44

ADDITIONAL GRAT _____

TOTAL              _____

NAME (PRINT)       _____

SIGNATURE          _____

ROOM NUMBER        _____

******GRATUITY INCLUDED*********
THANK YOU FROM ALL OF US AT OMNI



MPLS-ST. PAUL INTERNATIONAL AIRPORT
TERMINAL 1
www.mspairport.com/msp/Parking/
mail to: parking@mspmac.org
(612) 725 4670

SALES RECEIPT
GENERAL PARKING - E-PARK
TRANSACTION NUMBER          42758
ENTRY TIME/DATE    08:37 01-19-11
PAYMENT TIME/DATE  20:49 01-20-11
STAY DURATION dd hh:mm   01 12:12
LANE                       Booth 26
TICKET                        16781
OPERATOR                        999
FEE (Excl. Sales Tax)        $33.56
SALES TAX @ 7.275%            $2.44
FEE PAID                     $36.00
VISA                 ***********6781
Pay w/c Transaction Ref  35000;16065
Authorization Code            04593C